# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-19-00616-CV

---

### In re Jimmy Ray Sepeda and Hortencia Sepeda

---

### ORIGINAL PROCEEDING FROM BASTROP COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relators Jimmy Ray and Hortencia Sepeda, appearing pro se,[1] seek a writ of mandamus ordering a Bastrop County district court to withdraw a writ of possession and to "restore the Sepedas to the possession" of certain property sold by the Bastrop County Sheriff in July of 2019. Based on the record before us, we deny the requested relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (explaining relator has burden to provide court with record sufficient to establish right to mandamus relief); Tex. R. App. P. 52.3(h) (requiring appropriate citations to authorities and the record), 52.7(a)(1) (requiring "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding").

---

[1] We hold pro se litigants to the same standard as those represented by counsel. *United Copper Indus., Inc. v. Grissom*, 17 S.W.3d 797, 805 n.6 (Tex. App.—Austin 2000, pet. dism'd).

_____

Edward Smith, Justice

Before Justices Goodwin, Kelly, and Smith

Filed:   March 18, 2020